```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

TANYA L. JEFFERSON                 :
                                   :
    Plaintiff,                     :    CIVIL ACTION
                                   :
v.                                 :    NO. 1:15-CV-14-WSD-ECS
                                   :
ROGERS & HARDIN, LLP               :
                                   :
    Defendant.                     :

**FINAL REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

On January 2, 2015, Plaintiff, proceeding pro se and in forma pauperis, filed a complaint alleging violations of the Americans With Disabilities Act of 1990, as amended, 42 U.S.C. § 12111 et seq. [Doc. 1-1]. The undersigned approved Plaintiff's in forma pauperis application and accepted her complaint for filing on January 16, 2015. [Doc. 3]. Since that date, the record reflects no service of process upon Defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court ⸺ on motion or on its own after notice to the plaintiff ⸺ must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Because Plaintiff has failed to effect service upon Defendant within 120 days of the filing of her complaint, the undersigned

**RECOMMENDS** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**. This Final Report and Recommendation constitutes notice of dismissal as required under Rule 4(m). See <u>Anderson v. Osh Kosh B'Gosh</u>, 255 F. App'x 345, 348 (11th Cir. 2006) (per curiam) (affirming dismissal under Rule 4(m) where the district court "did not dismiss the action until after it gave [the plaintiff] the opportunity to object to the magistrate's recommending dismissal"); <u>Anderson v. Dawson</u>, No. 4:09CV134-RH/WCS, 2011 WL 5981008, at *2 (N.D. Fla. Nov. 29, 2011) ("The report and recommendation provided any notice required [by] Rule 4(m).").

**SO REPORTED AND RECOMMENDED,** this 11th day of June, 2015.

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)